No. 97–16. OHIO FORESTRY ASSN., INC. *v.* SIERRA CLUB ET AL. C. A. 6th Cir. Certiorari granted.

No. 97–42. EASTERN ENTERPRISES *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 1st Cir. Certiorari granted.

No. 97–147. ATLANTIC MUTUAL INSURANCE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari granted.

No. 96–8732. EDWARDS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 96–1982. AGUIRRE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–9441. MARTIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9470. AQUINO-CHACON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–75. NORTHEAST OHIO COALITION FOR THE HOMELESS ET AL. *v.* CITY OF CLEVELAND. C. A. 6th Cir. Certiorari denied.

No. 97–104. GUTIERREZ DE MARTINEZ ET AL. *v.* LAMAGNO ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–109. GENS, DBA HELEN GENS AND ASSOCIATES *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 1st Cir. Certiorari denied.

No. 97–112. TAX ANALYSTS *v.* DEPARTMENT OF JUSTICE ET AL. C. A. D. C. Cir. Certiorari denied.